# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 206 DB 2019  (No. 10 RST 2020) |
| | : | |
| | : | |
| GREGORY EDWARD DAHLING | : | Attorney Registration No. 206098 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Out of State) |
| FROM ADMINISTRATIVE SUSPENSION | : | |

## O R D E R

**PER CURIAM**

**AND NOW**, this 12th day of February, 2020, the Report and Recommendation of Disciplinary Board Member dated February 4, 2020, is approved and it is ORDERED that Gregory Edward Dahling, who has been on Administrative Suspension, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.